IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>$10,021.00 IN U.S. CURRENCY,<br><br>**Defendant.** | CIVIL NO. 20- |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, W. Stephen Muldrow, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Maritza González-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

### NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code</u>, Sections 841(a)(1) and 881(a)(6); and Title 18 <u>United States Code</u>, Sections 1956(a)(1)(B)(i) and 1957(a).

### DEFENDANT <u>IN REM</u>

2. The defendant currency seized by an officer of the Drug Enforcement Administration ("DEA") consists of $10,021.00 in U.S. currency.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States

1

pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841(a)(1) and 881(a)(6); and Title 18 United States Code, Sections 1956(a)(1) (B)(i) and 1957(a).

4. This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant currency is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant currency is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Section 841(a) (1) (Unlawful acts) and 881(a)(6)(All moneys, negotiable, instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this chapter; and Title18, United States Code, Sections 1956(a)(1) (Laundering of monetary instruments) and 1957(a) (Engaging in monetary transactions in property derived from special unlawful activity)..

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the

2

DEA, Task Force Officer, Olga Tapia-Nieves attached hereto, and incorporated herein as if fully stated.

## CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 17th day of March 2020.

W. STEPHEN MULDROW
United States Attorney

s/ Héctor E. Ramírez-Carbó
Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief, Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

S/ M González
Maritza González-Rivera
Assistant United States Attorney
USDC-PR No. 208801
UNITED STATES ATTORNEY'S OFFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
maritza.gonzalez@usdoj.gov

VERIFIED DECLARATION

I, Maritza González-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Drug Enforcement Administration ("DEA"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 17th day of March 2020.

s/M González
Maritza González-Rivera
Assistant U.S. Attorney

VERIFIED DECLARATION

I, Olga Tapia-Nieves, Task Force Officer, DEA declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 17th day of March 2020.

Olga Tapia-Nieves, Task Force Officer
Drug Enforcement Administration ("DEA")

# UNSWORN DECLARATION
# IN SUPPORT OF FORFEITURE COMPLAINT

## INTRODUCTION

Pursuant to Title 28, United States Code, Section 1746, I, Olga Tapia-Nieves, Task Force Officer, of the United States Department of Justice, Drug Enforcement Administration, declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement deputized Task Force of the United States within the meaning of Title 18, United States Code, Section 2510 (7). I am, therefore, an officer who is empowered to conduct criminal investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section, 2516.

I have been a Puerto Rico Police Department Agent for 15 years and Task Force Officer with the Drug Enforcement Administration; since 2011. As a Task Force Officer, I have been sworn to enforce the laws of Title 21, United States Code, and related offenses under Title 18, United States Code. I have received training and has participated in criminal investigations relating to large-scale drug trafficking organizations. I am currently assigned to the DEA Caribbean Division (Enforcement Group I) in San Juan, Puerto Rico.

During my law enforcement career, I have received detailed instruction in and conducted various complex conspiratorial investigations concerning the trafficking of illegal drugs and its proceeds, unlawful importation and distribution of controlled substances; the laundering and concealment of drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

## BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION

I make this unsworn declaration, on information and belief derived from the following source:

    A.    Oral and/or written reports and documents about this and other federal agents or officers of Puerto Rico Police Department.

1. October 1, 2019, at approximately 9:00am, Puerto Rico Police Bureau (PRPB) San Juan Motorized Unit (SJMU) agent Ruben Collazo, badge #18554 and Martinez Natal #35562 were conducting surveillance near to Roosevelt and San Rafael streets in Figueroa's ward located in San Juan, in support of an ongoing investigation.
2. During the surveillance at a known drug point, PRPB Agents observed when an unidentified male arrive at the drug point area in a Red KIA Soul PR bearing plate # IWG-822 and walk to the drug point. The agents observed that the vehicle arrived and parked at San Rafael Street. The agents observed a male, later identified as Hector HERNANDEZ-Sanchez, walk towards Blanca Street to the drug point; HERNANDEZ-Sanchez looked nervous, walking quickly and constantly looking around the area which seemed suspicious to the agents. According to the agents experience of the Drug Trafficking Organizations (DTO) Investigations, DTO members commonly behave in the manner which HERNANDEZ-Sanchez was observed when they are the "runner", that is, the person in the DTO who delivers the packages of drugs to be sold at the drug point, and/or who picks up the earnings of the drug sales, to be delivered to the owners of the drug sold.
3. The PRPB agents observed when HERNANDEZ-Sanchez arrived to the drug point and approached an individual who appeared to be, based on their training and experience, the drug seller.
4. PRPB agents observed when HERNANDEZ-Sanchez, met with the suspected drug seller. Moments later, PRPB agents arrested Hector HERNANDEZ-Sanchez and Kenneth Johans Jose LEONARD–Soto because they had probable cause to believe that they were conducting a drug sale transaction in their presence.
5. LEONARD-Soto was later charged at local jurisdiction for violations of drug laws for possession with intent to distribute three (3) bags with cocaine. HERNANDEZ-Sanchez and LEONARD-Soto were advised of their Miranda rights and later both signed the Miranda Rights document.
6. During the arrest, HERNANDEZ-Sanchez voluntarily stated to the agents that his vehicle was parked near to the area. HERNANDEZ-Sanchez stated that he was in the drug point to buy "Perico" which is the name commonly known in the streets to identify the illegal narcotic drug cocaine.
7. Immediately, PRPB agents requested the presence of a K-9 to verify the vehicle. PRPB Agent Gloria Sanchez #24337 and PRPB K-9 "Tango" # 33901 arrived to the area and conducted an open-air sniff of the vehicle Red KIA Soul plate IWG-822, which alerted positive to odor of control substances.
8. HERNANDEZ-Sanchez stated to the agents, that he is a user of cocaine and that in his vehicle KIA Soul he had approximately $10,000.00 in US Currency, allegedly to be transfered to "El Comandante" Horse Racing Office located in Canovanas. HERNANDEZ-Sanchez consented to the search of the vehicle Kia Soul and signed the Consent to search form. During the search of the vehicle, PRPB agents seized a large amount of US Currency concealed inside a black box inside a plastic bag. The US Currency as document on a Deposit Slip 20-DEA- 656530 for $10,021.00 in USC, after the official count.
9. The US Currency was verified by the PRPB K9 "Tango" which alerted positive to odor of control substances.

10. HERNANDEZ-Sanchez was transported to PRPB San Juan Office to be interviewed. HERNANDEZ-Sanchez agreed to be interviewed by DEA/E-1 group agents.
11. At the beginning of the interview, HERNANDEZ-Sanchez did not explain the reason why he was in Figueroa's ward located in Santurce, PR, at the moment of the arrest. Later HERNANDEZ-Sanchez stated to the agents that he is a cocaine user and he stay in Figueroa's Ward to buy drugs. After this, HERNANDEZ-Sanchez stated to the agents that he deposited US Currency every week in Camareno Horse Racing Stables, but he did not known the address that will be used to make the deposit of the US Currency. HERNANDEZ-Sanchez stated to the agents that the US Currency was to be transferred to "El Comandante" Horse Racing office for payment of slot machines from a local store "Pacho Liquor store " located in Sierra Linda #14, Bayamon, PR. According to HERNANDEZ-Sanchez, he works for Francisco Javier BELTRAN-Falcon who allegedly is the owner of the vehicle KIA Soul and of "Pacho Liquor store".
HERNANDEZ-Sanchez stated to the agents that the US Currency was not his property and that he was following instructions imparted to him by BELTRAN-Falcon.
12. DEA Agents asked to HERNANDEZ-Sanchez if he had evidence, such as a document, bank slip or any receipt for the alleged payment and HERNANDEZ-Sanchez indicated that he did not have any documents, nor could he produce them.
13. Later, Francisco Javier BELTRAN-Falcon arrived to PRPB office, and asked to speak with the PRPD agents, to inquire about HERNANDEZ-Sanchez's case. BELTRAN-Falcon identified himself to the agents as the owner of the vehicle KIA Soul and the US Currency that was seized from HERNANDEZ-Sanchez.
14. DEA/TFO Juan Ruiz, as witnessed by the Undersigned TFO Olga Tapia, interviewed BELTRAN-Falcon. During the interview, BELTRAN-Falcon stated that he is the owner of "Pacho Liquor Store" and that the US Currency was earnings of the liquor store sales. BELTRAN-Falcon stated that the US Currency was earning for Slots machines that he has in the liquor store and later told that the US Currency was to be deposit in Camareno Horse Racing Stables office for the slots machines. DEA agents asked to BELTRAN-Falcon of the documents that prove the alleged payment or the account number for the deposit of the US Currency to Camareno Horse Racing Stables but he did not produce it. BELTRAN-Falcon told that he did not have any documents related the Currence deposit and he could not provide them. DEA agents asked to BELTRAN-Falcon if he made deposits of US Currency to Camareno Horse Racing Stables weekly and BELTRAN-Falcon say no. However, HERNANDEZ-Sanchez had previously stated that he made deposits every week as instructed by BELTRAN-Falcon.
15. During the interview, BELTRAN-Falcon and HERNANDEZ-Sanchez were nervous and inconstant in their versions. HERNANDEZ-Sanchez and BELTRAN-Falcon did not establish credible consistent facts to support the origin of the US Currency. During the interview, BELTRAN-Falcon stated to the agents that allegedly the US Currency was obtained from slot machines bets, but the denominations of the bills that were seized during the PRPB intervention were mostly of $100.00, $20.00 bills.

16. The Following is to described the denominations of the US Currency that was seized from HERNANDEZ-Sanchez:

DENOMINATIONS
| | | | | |
|---|---|---|---|---|
| 13 | X | $100.00 | = | $1,300.00 |
| 2 | X | $50.00 | = | $100.00 |
| 411 | X | $20.00 | = | $8,220.00 |
| 16 | X | $5.00 | = | $80.00 |
| 66 | X | $1.00 | = | $66.00 |
| Coin | | | = | $255.00 |
| TOTAL | | | | $10,021.00. |

17. The US Currency were not consistent with the common denominations in that type of slots machines. The slots machines commonly use bills of denominations $1.00, $5.00 and $10.00, not of $20.00 or $100.00 bills.
18. According to the investigation Beltran-Falcon did not have any documentation to prove that the US Currency seized by DEA agents was for a deposit of the proceeds of slots machines from Camareno Horse Racing Stables which was the reason that he claimed at moment of the seizure.
19. BELTRAN-Falcon and HERNANDEZ-Sanchez were not consistent in their versions. BELTRAN-Falcon stated to the agents that the US Currency was his earnings in the liquor store but according to the investigation he is not registered as the owner of "Pacho Liquor Store"/

This Unsworn Declaration is submitted in support of an Administrative Forfeiture, which involves the offenses detailed in Section 881(a)(6) of Title 21, United States Code, particularly the all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation of the subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that there is present material evidence of a commission of a violation of a Federal Law

to wit: drug traffickers in utilizing a mail/parcel service to smuggle or transport illicit drug proceeds demonstrates probable cause to Forfeit the U.S. Currency, violations of Title 21, United States Code, Sections 841(a)(1), 881(a)(6) and money laundering schemes, Title 18, United States Code, Sections 1956 (a) (1) (B)(i) and 1957 (a). Sworn and signed under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, in San Juan, Puerto Rico this 11 of March 2020.

Olga Tapia-Nieves

Task Force Officer
Drug Enforcement Administration (DEA)
Caribbean Division

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Maritza González-Rivera, AUSA, 350 Carlos Chardón Ave, Suite 1201, Hato Rey, PR  00918

## DEFENDANTS
$10,020.00 IN U. S. CURRENCY,

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Sections 841(a)(1) and 881(a)(6); and Title 18 United States Code, Sections 1956(a)(1) (B)(i) and 1957(a).

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE
March 17, 2020

SIGNATURE OF ATTORNEY OF RECORD
S/Maritza González-Rivera

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

 United States District Court *for the* District of Puerto Rico

# CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. $10,021.00 IN U.S. CURRENCY,

2. Category in which case belongs: (See Local Rules)

   [X] ORDINARY CIVIL CASE — CIVIL FORFEITURE
   ___ SOCIAL SECURITY
   ___ BANK CASE
   ___ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES     [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES     [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES     [X] NO

(Please Print)

USDC ATTORNEY'S ID NO.: 208801

ATTORNEY'S NAME: MARITZA GONZALEZ RIVERA

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE
HATO REY  PR    ZIP CODE 00918

TELEPHONE NO.: 787-766-5656